David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff,
MATTHEW TAING

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MATTHEW TAING,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CREDITORS SPECIALTY SERVICE, INC.,<br><br>　　　　　Defendant. | CASE NO. **2:16-cv-00519-APG-PAL**<br><br>**STATUS REPORT** |

　　　　Pursuant to the Court's Order entered on June 1, 2016, Plaintiff, by and through his counsel of record, hereby submits the following Status Report and states the following:

　　1.　　Plaintiff filed the instant Complaint on **3/09/2016**.

　　2.　　CREDITORS SPECIALTY SERVICE, INC. (hereinafter "CSS") filed an Answer to Plaintiff's Complaint on **4/25/2016**.

　　3.　　The Court entered a discovery plan and scheduling order on **6/1/2016**.

　　4.　　Discovery is currently scheduled to close on **10/24/2016**.

5. On August 13, 2016, Plaintiff filed a Motion to Compel Discovery and Request for Sanctions.

6. A hearing on the Motion to Compel Discovery and Request for Sanctions is set for 9/20/2016 at 11:00 AM.

7. On August 13, 2016, Plaintiff filed a Notice of Bankruptcy Filing by CSS. **ECF No. 20**. As such, Plaintiff believes that this matter should be stayed pending the Chapter 11 proceedings.

Respectfully submitted August 23, 2016.

/s/ David H. Krieger, Esq.
David H. Krieger, Esq.
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
 (702) 880-5554
dkrieger@hainesandkrieger.com

Attorneys for Plaintiff
*MATTHEW TAING*

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that Plaintiff shall file a status report no later than October 17, 2016, advising the court whether any action has been taken to pursue Plaintiff's claims through the bankruptcy court, and if so, an expected timeline for a decision.  If no action has been taken, the court will enter an order to show cause why Plaintiff's claims should not be dismissed.

Dated: August 26, 2016

_____
Peggy A. Leen
United States Magistrate Judge

CLAC 2198064.1