**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| MATTHEW TAING, | Case No. 2:16-cv-00519-APG-PAL |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE** |
| CREDITORS SPECIALTY SERVICE, INC., | (ECF No. 24) |
| Defendant. | |

IT IS ORDERED that Plaintiff Matthew Taing's motion voluntarily dismissing action **(ECF No. 24) is GRANTED**. The clerk of court is directed to close this case.

DATED this 6th day of October, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE